Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 21−13902−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C Anzivino
   5 Sandybrook Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−3101

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 5, 2021.


Dated: August 5, 2021
JAN: wir

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Anthony C Anzivino  
    Debtor

Case No. 21-13902-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Aug 05, 2021      Form ID: plncf13      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C Anzivino, 5 Sandybrook Road, Manalapan, NJ 07726-3125 |
| 519208231 | | AGAAN LLC, 512 Friendship Road, Howell, NJ 07731 |
| 519208234 | + | Chrysler Capital, P.O. Box 660647, Dallas, TX 75266-0647 |
| 519208237 | + | Eric Cavallaro, 7350 South East Fiddlewood Lane, Hobe Sound, FL 33455-7819 |
| 519208238 | + | Gianna Anzivino, 5 Sandybrook Road, Englishtown, NJ 07726-3125 |
| 519225277 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519208240 | | Nissan Motor Acceptance, c/o Vital Recovery Services LLC, PO Box 923748, Norcross, GA 30010-3748 |
| 519237387 | + | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519208241 | | Nissan-Infiniti LT, PO Box 660360, Dallas, TX 75266-0360 |
| 519208242 | + | Patrick Wong, Esq., Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 519215575 | + | Santander Consumer USA Inc. dba CCAP Auto Lease Lt, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 05 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 05 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519208230 | | Email/Text: EBNProcessing@afni.com | Aug 05 2021 20:46:00 | AFNI, 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 519208232 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 05 2021 20:49:02 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 519244864 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 05 2021 20:49:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519208235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2021 20:48:58 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519208236 | | Email/Text: mrdiscen@discover.com | Aug 05 2021 20:45:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 519213275 | | Email/Text: mrdiscen@discover.com | Aug 05 2021 20:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519208233 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 05 2021 20:49:10 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 519208239 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2021 20:46:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 519237752 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 05 2021 20:46:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519208243 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2021 20:45:00 | PNC Bank, B6-YM07-01-7, PO Box 1820, |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| | | | Dayton, OH 45401-1820 |
| 519253444 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 05 2021 20:45:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519253458 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 20:49:09 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519209563 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 20:48:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519208244 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 20:48:54 | Synchrony Bank/PayPal, PO Box 530975, Orlando, FL 32896-0001 |
| 519208245 | + Email/PDF: gecsedi@recoverycorp.com | Aug 05 2021 20:48:55 | Synchrony Bank/SAMSDC, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 07, 2021　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@martonelaw.com  bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Debtor Anthony C Anzivino vf@legalmattersnj.com |

TOTAL: 5