UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-(c)

FEDOROFF FIRM, LLC
504 Aldrich Road
Suite 2E
Howell, New Jersey 07731
Phone 732-364-8900
Fax 732-364-6900
VF 8030
Attorney for Debtor

IN RE:

ANTHONY C. ANZIVINO,

                Debtor.

Order Filed on February 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.   21-13902

Chapter    13

Judge:     Michael B. Kaplan

**CONSENT ORDER ENFORCING AUTOMATIC STAY AND FOR OTHER RELIEF**

The relief set forth on the following page is **ORDERED.**

**DATED: February 3, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been opened to the Court by the Fedoroff Firm, L.L.C., attorney for the Debtor, Anthony C. Anzivino, by the filing of a *Motion to Enforce Automatic Stay and for Sanctions and Attorney's Fees Against Creditor, Eric Cavallaro*, Vera Fedoroff, Esq. appearing, and I. Mark Cohen Law Group, attorney for the creditor, Eric Cavallaro, having opposed the motion, Jonathan Goldsmith Cohen, Esq., appearing, and the parties having amicably resolved the matter, and for good and sufficient cause shown; it is hereby

**ORDERED** that the litigation encaptioned, <u>Eric Cavallaro v. Agnaan, LLC, Anthony Anzivino, and Gianna Anzivino</u>, pending in the Superior Court, Law Division, Monmouth County Vicinage, Docket No. MON-L-2892-20, is hereby stayed as to all parties until further Order of the United States Bankruptcy Court; and it is

**FURTHER ORDERED** that the parties, through their counsel, shall immediately confer to discuss a resolution of the pending disputes between the parties; and it is

**FURTHER ORDERED** that in the event the parties do not reach a global settlement of all pending issues by February 25, 2022, the *Motion to Enforce Automatic Stay and for Sanctions and Attorney's Fees Against Creditor, Eric Cavallaro*, shall be re-listed on the docket for the first available motion date, for full adjudication by the Court.

**WE HEREBY CONSENT TO THE FORM, CONTENT
AND ENTRY OF THE WITHIN TWO (2) PAGE ORDER.**

I. Mark Cohen Law Group

_____
Jonathan Goldsmith Cohen, Esq.
Attorney for Creditor, Eric Cavallaro

Dated: 01/27/22

Fedoroff Firm, LLC

_____
Vera Fedoroff, Esq.
Attorney for the Debtor, Anthony C. Anzivino

Dated: 1/27/2022

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony C Anzivino  
  Debtor

Case No. 21-13902-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: Feb 03, 2022 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2022:**

**Recip ID        Recipient Name and Address**  
db              + Anthony C Anzivino, 5 Sandybrook Road, Manalapan, NJ 07726-3125

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2022              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2022 at the address(es) listed below:

**Name**                        **Email Address**

Albert Russo  
                                docs@russotrustee.com

Christian Del Toro  
                                on behalf of Creditor PNC Bank National Association cdeltoro@martonelaw.com  bky@martonelaw.com

Denise E. Carlon  
                                on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jonathan Goldsmith Cohen  
                                on behalf of Creditor Capricci Inc. imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen  
                                on behalf of Creditor Eric Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan Goldsmith Cohen  
                                on behalf of Creditor Mary Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 03, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Vera Fedoroff
    on behalf of Debtor Anthony C Anzivino vf@legalmattersnj.com

TOTAL: 8