Order Filed on February 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicer for Nissan-Infinity LT LLC fka Nissan-Infiniti LT* |
| In re:<br><br>Anthony C. Anzivino<br><br>              Debtors. |

Chapter: 13

Case No. 21-13902-MBK

Hearing Date: January 25, 2023

Judge Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicer for Nissan-Infinity LT LLC fka Nissan-Infiniti LT ("movant"), under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and the co-debtor stay respectively as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2020 NISSAN PATHFINDER, VIN: 5N1DR2AM5LC580445**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev.11/14/18*