UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicer for Nissan-Infinity LT LLC fka Nissan-Infiniti LT*

In re:

Anthony C. Anzivino

Debtors.

Order Filed on February 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No. 21-13902-MBK

Hearing Date: January 25, 2023

Judge Michael B. Kaplan

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation as servicer for Nissan-Infinity LT LLC fka Nissan-Infiniti LT ("movant"), under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and the co-debtor stay respectively as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay and co-debtor stay are vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2020 NISSAN PATHFINDER, VIN: 5N1DR2AM5LC580445**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

2

*rev.11/14/18*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 21-13902-MBK
Anthony C Anzivino                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                                Page 1 of 2
Date Rcvd: Feb 06, 2023                  Form ID: pdf903                                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C Anzivino, 5 Sandybrook Road, Manalapan, NJ 07726-3125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023                                        Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@cdeltorolaw.com bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Capricci Inc. imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | |

| | |
|---|---|
| | on behalf of Creditor Eric Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | |
| | on behalf of Creditor Mary Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | |
| | on behalf of Debtor Anthony C Anzivino vf@legalmattersnj.com |

TOTAL: 9