UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Anthony C. Anzivino

Case No.: _____ 21-13902 _____

Chapter: _____ 13 _____

Judge: _____ Michael B. Kaplan _____

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____ Anthony C. Anzivino _____ , _____ the Debtor _____ , in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| |
|---|
| Address of the Clerk: Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable _____ Michael B. Kaplan _____ on _____ June 26, 2024 _____ at _____ 9:00 _____ a.m. at the United States Bankruptcy Court, courtroom no. _____ 8 _____ , _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

| |
|---|
| Nature of action: Debtor, Debtor's non-Debtor spouse, and Debtor's business were the Defendants and Counter-Claimants in a dispute over monies allegedly owed to Plaintiff, Eric Cavallaro, in a Superior Court case, encaptioned Eric Cavallaro v. AGNAAN, LLC, et. al., Docket No. MON-L- 2892-20 |

| |
|---|
| Pertinent terms of settlement: The Defendants agreed to pay the Plaintiff the sum of $55,000.00 over the course of four years, with the sum of $6,721.56 being paid by the Chapter 13 Trustee in the Debtor's bankruptcy case. No payments are to be received by the Debtor. The settlement conclusively resolved all matters between the parties, and was memorialized by a Consent Order entered by the Superior Court of New Jersey on June 8, 2023. |

Objections must be served on, and requests for additional information directed to:

Name: _____ Vera Fedoroff, Esq., attorney for Debtor _____

Address: _____ 504 Aldrich Road, Suite 2E, Howell, NJ 07731 _____

Telephone No.: _____ (732)364-8900; email address: vf@legalmattersnj.com _____

*rev.8/1/15*