UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Anthony C. Anzivino

Case No.: 21-13902
Chapter: 13
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Anthony C. Anzivino__, __the Debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __June 26, 2024__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Debtor, Debtor's non-Debtor spouse, and Debtor's business were the Defendants and Counter-Claimants in a dispute over monies allegedly owed to Plaintiff, Eric Cavallaro, in a Superior Court case, encaptioned Eric Cavallaro v. AGNAAN, LLC, et. al., Docket No. MON-L- 2892-20

Pertinent terms of settlement: The Defendants agreed to pay the Plaintiff the sum of $55,000.00 over the course of four years, with the sum of $6,721.56 being paid by the Chapter 13 Trustee in the Debtor's bankruptcy case. No payments are to be received by the Debtor. The settlement conclusively resolved all matters between the parties, and was memorialized by a Consent Order entered by the Superior Court of New Jersey on June 8, 2023.

Objections must be served on, and requests for additional information directed to:

Name: Vera Fedoroff, Esq., attorney for Debtor
Address: 504 Aldrich Road, Suite 2E, Howell, NJ 07731
Telephone No.: (732)364-8900; email address: vf@legalmattersnj.com

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13902-MBK |
| Anthony C Anzivino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 21, 2024 | Form ID: pdf905 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C Anzivino, 5 Sandybrook Road, Manalapan, NJ 07726-3125 |
| 519208231 | | AGAAN LLC, 512 Friendship Road, Howell, NJ 07731 |
| 519208237 | + | Eric Cavallaro, 7350 South East Fiddlewood Lane, Hobe Sound, FL 33455-7819 |
| 519208238 | + | Gianna Anzivino, 5 Sandybrook Road, Englishtown, NJ 07726-3125 |
| 519208240 | | Nissan Motor Acceptance, c/o Vital Recovery Services LLC, PO Box 923748, Norcross, GA 30010-3748 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2024 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2024 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519208230 | | Email/Text: EBNProcessing@afni.com | May 21 2024 20:24:00 | AFNI, 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 519208232 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 20:30:14 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 519244864 | + | Email/PDF: ebn_ais@aisinfo.com | May 21 2024 20:30:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519208234 | ^ | MEBN | May 21 2024 20:19:16 | Chrysler Capital, P.O. Box 660647, Dallas, TX 75266-0647 |
| 519208235 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 21 2024 20:55:14 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519208236 | | Email/Text: mrdiscen@discover.com | May 21 2024 20:23:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 519213275 | | Email/Text: mrdiscen@discover.com | May 21 2024 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519208233 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 21 2024 20:55:12 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 519225277 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 21 2024 20:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520081009 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2024 20:30:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520081010 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 21 2024 20:30:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdf905 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519208239 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 20:24:00 | Midland Credit Management, Inc., 350 Camino De La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 519237752 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 20:24:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519208240 | ^ | MEBN | May 21 2024 20:19:37 | Nissan Motor Acceptance, c/o Vital Recovery Services LLC, PO Box 923748, Norcross, GA 30010-3748 |
| 519237387 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 21 2024 20:23:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519208241 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | May 21 2024 20:23:00 | Nissan-Infiniti LT, PO Box 660360, Dallas, TX 75266-0360 |
| 519208243 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2024 20:23:00 | PNC Bank, B6-YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 519253444 | | Email/Text: Bankruptcy.Notices@pnc.com | May 21 2024 20:23:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519208242 | | Email/Text: signed.order@pfwattorneys.com | May 21 2024 20:23:00 | Patrick Wong, Esq., Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519215575 | + | Email/Text: enotifications@santanderconsumerusa.com | May 21 2024 20:25:00 | Santander Consumer USA Inc. dba CCAP Auto Lease Lt, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519209563 | + | Email/PDF: ebn_ais@aisinfo.com | May 21 2024 20:30:29 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519208244 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:44 | Synchrony Bank/PayPal, PO Box 530975, Orlando, FL 32896-0001 |
| 519208245 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 21 2024 20:30:24 | Synchrony Bank/SAMSDC, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Company LLC fka Nissan Mot, PO Box 340514, Tampa |
| 519253458 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024    Signature:    /s/Gustava Winters

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 21, 2024 | Form ID: pdf905 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@cdeltorolaw.com bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Capricci Inc. imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Eric Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Mary Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Debtor Anthony C Anzivino vf@legalmattersnj.com |

TOTAL: 9