Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 21−13902−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony C Anzivino
   5 Sandybrook Road
   Manalapan, NJ 07726

Social Security No.:
   xxx−xx−3101

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

: Pending litigation in the Superior Court of NJ involving creditor, Eric Cavallaro

Dated: June 24, 2024
JAN: wdr

                                            Jeanne Naughton
                                            Clerk