**Information to identify the case:**

| | |
|---|---|
| Debtor 1: Anthony C Anzivino (First Name / Middle Name / Last Name) | Social Security number or ITIN  xxx–xx–3101<br>EIN  __–_____ |
| Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name) | Social Security number or ITIN  ____<br>EIN  __–_____ |

United States Bankruptcy Court   District of New Jersey

Case number:  21–13902–MBK

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony C Anzivino

9/24/24

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-13902-MBK |
| Anthony C Anzivino | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 24, 2024 | Form ID: 3180W | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony C Anzivino, 5 Sandybrook Road, Manalapan, NJ 07726-3125 |
| 519208231 | | AGAAN LLC, 512 Friendship Road, Howell, NJ 07731 |
| 519208237 | + | Eric Cavallaro, 7350 South East Fiddlewood Lane, Hobe Sound, FL 33455-7819 |
| 519208238 | + | Gianna Anzivino, 5 Sandybrook Road, Englishtown, NJ 07726-3125 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 24 2024 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 24 2024 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519208230 | | Email/Text: EBNProcessing@afni.com | Sep 24 2024 20:41:00 | AFNI, 1310 Martin Luther King Drive, PO Box 3517, Bloomington, IL 61702-3517 |
| 519208232 | | EDI: CAPITALONE.COM | Sep 25 2024 00:24:00 | Capital One Bank USA NA, PO Box 85015, Richmond, VA 23285-5075 |
| 519244864 | + | EDI: AIS.COM | Sep 25 2024 00:31:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519208234 | ^ | MEBN | Sep 24 2024 20:34:49 | Chrysler Capital, P.O. Box 660647, Dallas, TX 75266-0647 |
| 519208235 | + | EDI: CITICORP | Sep 25 2024 00:30:00 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 519208236 | | EDI: DISCOVER | Sep 25 2024 00:24:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 519213275 | | EDI: DISCOVER | Sep 25 2024 00:24:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519208233 | | EDI: JPMORGANCHASE | Sep 25 2024 00:24:00 | Chase Cardmember Services, PO Box 15548, Wilmington, DE 19886-5548 |
| 519225277 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 24 2024 20:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520081009 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 20:48:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520081010 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2024 20:47:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519208239 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 20:41:00 | Midland Credit Management, Inc., 350 Camino De |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | La Reina, Ste. 100, San Diego, CA 92108-3007 |
| 519237752 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2024 20:41:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519208240 | ^ | MEBN | Sep 24 2024 20:34:58 | Nissan Motor Acceptance, c/o Vital Recovery Services LLC, PO Box 923748, Norcross, GA 30010-3748 |
| 519237387 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 24 2024 20:40:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 519208241 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 24 2024 20:40:00 | Nissan-Infiniti LT, PO Box 660360, Dallas, TX 75266-0360 |
| 519208243 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2024 20:40:00 | PNC Bank, B6-YM07-01-7, PO Box 1820, Dayton, OH 45401-1820 |
| 519253444 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 24 2024 20:40:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519208242 | | Email/Text: signed.order@pfwattorneys.com | Sep 24 2024 20:40:00 | Patrick Wong, Esq., Pressler Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-9944 |
| 519215575 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 24 2024 20:41:00 | Santander Consumer USA Inc. dba CCAP Auto Lease Lt, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 519209563 | + | EDI: AIS.COM | Sep 25 2024 00:31:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519208244 | + | EDI: SYNC | Sep 25 2024 00:24:00 | Synchrony Bank/PayPal, PO Box 530975, Orlando, FL 32896-0001 |
| 519208245 | + | EDI: SYNC | Sep 25 2024 00:24:00 | Synchrony Bank/SAMSDC, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nissan Motor Acceptance Company LLC fka Nissan Mot, PO Box 340514, Tampa |
| 519253458 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 26, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2024 at the address(es) listed

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 24, 2024 | Form ID: 3180W | Total Noticed: 29 |

**below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Christian Del Toro | on behalf of Creditor PNC Bank National Association cdeltoro@cdeltorolaw.com  bky@martonelaw.com |
| Denise E. Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Capricci  Inc. imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Eric Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan Goldsmith Cohen | on behalf of Creditor Mary Cavallaro imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vera Fedoroff | on behalf of Debtor Anthony C Anzivino vf@legalmattersnj.com |

TOTAL: 9